Joseph M. DeFazio, Esq. (006932011)
**Akerman LLP**
666 Fifth Avenue, 20th Floor
New York, NY 10103
Telephone: (212) 880-3800
joseph.defazio@akerman.com
*Attorneys for Defendant NewRez*
*LLC d/b/a Shellpoint Mortgage*
*Servicing*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RACHID BOUAYAD<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>Defendants. | Case no. 2:19-cv-09487-MCA-LDW<br><br>**DEFENDANT NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S RULE 7.1 DISCLOSURE STATEMENT** |

NewRez LLC d/b/a Shellpoint Mortgage Servicing, files its Fed. R. Civ. P. 7.1 statement of corporate disclosure:

1.    NewRez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company.

2.    Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies.

3.    Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company.

4.    New Residential Mortgage LLC is a wholly-owned subsidiary of New Residential Investment Corporation, a Delaware corporation.

1

48738027;1

2

5. New Residential Investment Corporation is publicly traded on the New York Stock Exchange under the ticker symbol NRZ.

Dated: May 2, 2019

                              **AKERMAN LLP**

                          By: */s/ Joseph M. DeFazio*
                                Joseph M. DeFazio
                                666 Fifth Avenue, 20th Floor
                                New York, New York 10103
                                Tel: 212-880-3800
                                joseph.defazio@akerman.com

                                *Attorneys for Defendant*
                                *NewRez, LLC d/b/a Shellpoint*
                                *Mortgage Servicing, LLC*

48738027;1