UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RACHID BOUAYAD<br><br>      Plaintiff,<br><br>-against-<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br><br>      Defendants. | Case No. 2:19-cv-09487<br><br>**STIPULATION OF DISMISSAL** |

WHEREAS, the parties have reached a confidential settlement agreement;

IT IS HEREBY AGREED by and between plaintiff Rachid Bouayad and defendant NewRez LLC d/b/a Shellpoint Mortgage Serving that the action is dismissed with prejudice and without costs to either party.

Dated: July 10 2019

**AKERMAN LLP**

_____
Joseph M. DeFazio, Esq.
Erica R.S. Goldman, Esq.
666 Fifth Avenue, 20th Floor
New York, New York 10103
212-880-3800
joseph.defazio@akerman.com
erica.goldman@akerman.com
*Counsel for Defendant*

**DANNLAW**

_____
Javier L. Merino, Esq.
DannLaw
372 Kinderkamack Road, Suite 5
Westwood, NJ 07065
216-373-0539
jmerino@dannlaw.com

*Counsel for Plaintiff*

**SO ORDERED:**
Date: July ____ 2019

_____
U.S.D.J.

49338611;1